918

No. 97–8572. FATHER v. BOEING CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8604. TUNNICLIFF v. MORIARTY. C. A. 1st Cir. Certiorari denied.

No. 97–8605. ADAMES v. BATISTA ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–8606. JOHNSON v. DOE ET AL. (two judgments); and
No. 97–8607. JOHNSON v. DOE ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. Reported below: No. 97–8606 (first judgment) and No. 97–8607, 230 App. Div. 2d 513, 660 N. Y. S. 2d 916; No. 97–8606 (second judgment), 230 App. Div. 2d 513, 660 N. Y. S. 2d 782.

No. 97–8616. PETERSON v. ZIMMERMAN, CHIEF JUSTICE, SUPREME COURT OF UTAH, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–8619. GILDAY v. DUBOIS, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–8625. ANDERSON v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 97–8631. BENNETT v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 97–8649. MERKOBRAD v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8655. RICHARDSON v. TURTLE WAX, INC. C. A. 7th Cir. Certiorari denied.

No. 97–8668. PIKITUS v. SHENANDOAH BOROUGH COUNCIL. C. A. 3d Cir. Certiorari denied.

No. 97–8669. J. C. v. IOWA. Ct. App. Iowa. Certiorari denied.

No. 97–8696. RUDD v. HANLEY ET AL. C. A. 5th Cir. Certiorari denied.